UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 4:19-cr-00609-DPM-2 |
| ) | |
| GREGORY LEE FUENTES ) | |

## ENTRY OF APPEARANCE

Erin Cassinelli hereby enters her appearance as co-counsel of record for Defendant Gregory Lee Fuentes.

Respectfully submitted,

**Erin Cassinelli**
ABN 2005118
erin@lcarklaw.com

**LASSITER & CASSINELLI**
813 West Third Street
Little Rock, AR 72201
(501) 370-9300
**Attorney for Defendant**